No. 1090. AMERICAN STREET FLUSHING MACHINE COMPANY, PETITIONER, *v.* ST. LOUIS STREET FLUSHING MACHINE COMPANY ET AL. June 10, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Clifton V. Edwards* for the petitioner. *Mr. John D. Johnson* and *Mr. Jas. A. Carr* for the respondents.

No. 1106. JULIUS MARQUSEE, PETITIONER, *v.* HARTFORD FIRE INSURANCE COMPANY. June 10, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick M. Czaki* for the petitioner. *Mr. William M. Ivins* for the respondent.

No. 1111. C. E. DOLBEAR, PETITIONER, *v.* THE FOREIGN MINES DEVELOPMENT COMPANY. June 10, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Simon Lyon* and *Mr. R. B. H. Lyon* for the petitioner. *Mr. Charles W. Slack* and *Mr. Conrad H. Syme* for the respondent.

No. 1112. WILLIAM D. HOLDEN, TRUSTEE, ETC., PETITIONER, *v.* J. A. HARING, BANKRUPT. June 10, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Benn M. Corwin* for petitioner. *Mr. H. M. Dunham* for respondent.